IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ZOEY BACA, as Mother of D.S. and Z.S.,
Minors and Heirs at Law of the Estate of
Dominique Rashad Steel, Sr., Deceased PLAINTIFF

v. Case No. 4:26-cv-4047

MILLER COUNTY, ARKANSAS DEFENDANT

**ORDER**

Before the Court is Defendant Miller County, Arkansas's ("Miller County") Motion to Stay Discovery. ECF No. 18. Miller County seeks to stay all discovery in this matter while its Motion for Judgment of the Pleadings (ECF No. 7) is pending. Miller County states that this matter will be dismissed if its request for judgment on the pleadings is granted and argues that it would potentially be a waste of time and resources to permit discovery to go forward prior to a ruling. Plaintiff has not responded, and the time to do so has passed. See Local Rule 7.2(b).

The Court finds that the instant motion (ECF No. 18) must be **DENIED as MOOT**. All deadlines in the Court's Initial Scheduling Order (ECF No. 12) have elapsed and there are no other deadlines currently set. Further, the Court will not issue a Final Scheduling Order setting discovery deadlines until it issues a ruling on Miller County's pending motion for judgment on the pleadings.

**IT IS SO ORDERED**, this 7th day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge